

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00468-CR

**EX PARTE** Jerry Soliz **MARTINEZ**,

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1459
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's motion for extension of time to respond to our show cause order is GRANTED. We ORDER appellant to file a response to our show cause order by August 22, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court